**3**

**TRUDI G. MANFREDO,** Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| In the Matter of | ) | Case No. 17-10136-A-7 |
|---|---|---|
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| FRESNO MOVING & STORAGE, INC., | ) | DC#: TMT-2 |
| | ) | |
| | ) | Date:  March 22, 2017 |
| | ) | Time:  9:00 a.m. |
| Debtor(s). | ) | Dept.: A, Courtroom 11, Fresno |
| | ) | |
| | ) | Honorable Fredrick E. Clement |

## TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY

Trudi G. Manfredo, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate of FRESNO MOVING & STORAGE, INC. ("Debtor"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1.    Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2.    Debtor filed under Chapter 7 of the Bankruptcy Code on January 18, 2017, and an order for relief was entered.

3.    This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a).   This  is  a  core  proceeding  under  28  U.S.C.

1

§157(b)(2)(A).  This motion is brought pursuant to 11 U.S.C. §363. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4.    Among the assets of this bankruptcy estate is a:

| Asset Description | Trustee's Value | Offer | Liens | Exemptions | Net Value to Estate |
|---|---|---|---|---|---|
| 2006 GMC Sierra VIN 1GTEC14Z96Z230717 License #8C02643 | $4,500.00 | $3,825.00 | $0.00 | $0.00 | $3,825.00 |

5.    As set forth above, Trustee has received and accepted an offer, subject to higher and better bid at the hearing, from the Ron West, Vice President of the Debtor, to purchase the 2006 GMC Sierra for a net to the estate of $3,825.00.  Trustee is currently holding these funds.

6.    In deciding to accept the offer, Trustee took into consideration the fair market value of the personal property, less the costs associated with storing and selling the personal property at auction.

7.    The price to be received at auction is never certain and the delay involved in auctioning these assets is not warranted.

8.    Based on her business judgment, Trustee believes that an immediate sale of the personal property to Mr. West is in the best interest of the creditors of this estate and all parties in interest.

9.    There will be no adverse tax consequences to the estate as a result of the sale.

10.   This sale is subject to higher and better bid at the hearing noted above.

11.   Any prospective bidders for the 2006 GMC Sierra must bring

1  certified funds to the hearing in the amount of $3,825.00.

2      12.   The certified check must be made out to Trudi G. Manfredo,

3  Chapter 7 Trustee, and is non-refundable if that bidder is the

4  successful bidder and fails to perform.  Prospective bidders must

5  also bring documentary evidence of the ability to pay the amount of

6  their bid.

7      13.   Trustee requests that the provisions of Bankruptcy Rule

8  6004(h) be waived.

9      WHEREFORE, Trustee prays

10     1.    That the Motion be granted;

11     2.    That the Court issue an order authorizing the sale of the

12  Bankruptcy Estate's interest in the 2006 GMC Sierra, VIN

13  1GTEC14Z96Z230717 License #8C02643 to Ron West, Vice President of the

14  Debtor, for a net to the estate of $3,825.00;

15     3.    That the provisions of Bankruptcy Rule 6004(h) be waived;

16  and

17     4.    For such other and further relief as the Court deems just

18  and proper.

19  DATED: 2-21-17

20                                    By /s/ Trudi G. Manfredo
                                         TRUDI G. MANFREDO,
21                                       Chapter 7 Trustee

22

23

24

25

26

27

28